ACCEPTED
03-15-00301-CR
6873222
THIRD COURT OF APPEALS
AUSTIN, TEXAS
9/10/2015 3:59:17 PM
JEFFREY D. KYLE
CLERK

NO. 03-15-00301-CR

COURT OF APPEALS

FOR THE

AUSTIN SUPREME JUDICIAL DISTRICT

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
9/10/2015 3:59:17 PM
JEFFREY D. KYLE
Clerk

---

EX PARTE JOSE LOREDO

---

APPEAL FROM

THE COUNTY COURT AT LAW #1

HAYS COUNTY, TEXAS

TRIAL COURT CAUSE NO. 095790-A

---

**First Motion For Extension
of Time in Which to File State's Brief**

---

Whitney Borgman
Asst. Criminal District Attorney
712 S. Stagecoach Trail, Suite 2057
San Marcos, Texas 78666
Ph: (512) 878-6544 / Fax: (512) 393-2246
State Bar No. 24082224
whitney.borgman@co.hays.tx.us
Attorney for the State of Texas

## TO THE HONORABLE JUSTICES OF THE THIRD COURT OF APPEALS:

The State files this First Motion for Extension of Time in Which to File State's Brief, and in support states:

1. The State's current deadline for filing its brief is September 10, 2015.

2. This is the State's first Motion for Extension of Time in which to file its brief.

3. The State respectfully requests an extension of approximately thirty days, until October 10, 2015 in which to file its brief.

4. Good cause exists for the State's request for extension of time in which to file its brief. The attorney of record is currently the prosecutor in a CPS jury trial.

5. This circumstance has significantly delayed the completion of this brief.

6. This extension is not being sought to cause undue delay, but to seek justice.

7. For the foregoing reasons, the State respectfully requests that the Court grant an approximate thirty day extension for filing Appellee's Brief, until October 10, 2015.

Respectfully submitted,

_Whitney L. Borgman_
Whitney Borgman
Asst. Criminal District Attorney
Hays County Government Center
712 South Stagecoach Trail, Ste. 2057
San Marcos, Texas, 78666
512-878-6544
whitney.borgman@co.hays.tx.us
State Bar No. 24082224
Attorney for the State of Texas

The foregoing Appellant Motion for Extension of Time in Which to File Appellant's Brief was subscribed and sworn to before me by Whitney Borgman on this the 10th of September, 2015.

_Whitney L. Borgman_
Whitney Borgman

RHONDA WIEDERSTEIN
MY COMMISSION EXPIRES
September 9, 2018

_Wiederstein_
Notary Public in and for the State of Texas

## CERTIFICATE OF SERVICE

I certify that on September 10, 2015, I served the above motion by email to David A. Mendoza at mendozaone@yahoo.com, in accordance with the Texas Rules of Appellate Procedure.

_____
Whitney Borgman